No. 786. SABIN ET AL. *v.* HOME OWNERS' LOAN CORPORATION. February 2, 1942. The motion to proceed on typewritten papers is granted. Petition for writ of certi-

orari to the Supreme Court of Oklahoma denied. *Milton Roe Sabin* and *Bertha Florence Sabin, pro se. Solicitor General Fahy* for respondent.